IN
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEE SHORT, JR**                                                                    **PLAINTIFF**
**ADC # 151894**

**v.**                              **Case No. 4:26-cv-00093-JM-JTK**

**DOES**                                                                                     **DEFENDANTS**


## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE